1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   JOSEPH R. LORDAN, SB# 265610
2      E-Mail: Joseph.Lordan@lewisbrisbois.com
   333 Bush Street, Suite 1100
3  San Francisco, California 94104-2872
   Telephone: 415.362.2580
4  Facsimile: 415.434.0882

5  Attorneys for FAIRFIELD RESIDENTIAL; FRH
   MANAGEMENT, LLC; and DOUG SOLINSKY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| STEVEN NEMEC,<br><br>           Plaintiff,<br><br>     vs.<br><br>ENVIRONMENTAL RESOURCE RECOVERY, INC.; MICHAEL G. SALINAS; JEFF HERMLE; SALVADOR ORTEGA; ALFONSO VALENCIA; DOUG SOLINSKY; FAIRFIELD RESIDENTIAL; FRH MANAGEMENT, LLC,<br><br>           Defendant. | Case No. 5:21-CV-10095<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO VERIFIED COMPLAINT**<br><br>Trial Date:      None Set |

Pursuant to Civil L.R. 6-2, Plaintiff Steven Nemec, ( hereinafter "Plaintiff") and Defendants Fairfield Residential, FRH Management, LLC, and Doug Solinsky (collectively hereinafter "Defendants"), by and through their respective counsel, stipulate extending the Defendants' current deadline for responding to the Plaintiff's Complaint filed in the above action on December 31, 2021, from the current due date of January 26, 2022, to February 15, 2022.

**SO STIPULATED**.

DATED: January 26, 2022

Respectfully submitted,

/s/ Joseph R. Lordan

Joseph R. Lordan
joseph.lordan@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
333 Bush Street, Suite 1100
San Francisco, CA 94104

Attorney for Defendants
FAIRFIELD RESIDENTIAL; FRH MANAGEMENT, LLC; and DOUG SOLINSKY

/s/ Louis Liberty

Louis Liberty
lou@libertyenvirolaw.com
LIBERTY & ASSOCIATES, PC
1032 Flying Fish Street
Foster City, CA 94404

Attorney for Plaintiff
STEVEN NEMEC

## ATTESTATION PER LOCAL RULE 5-1(h)(3)

I, Joseph R. Lordan, attest that concurrence in the filing of this document has been obtained from the other signatory.

DATED: January 26, 2022            LEWIS BRISBOIS BISGAARD & SMITH LLP

By:       /s/ Joseph R. Lordan
          Joseph R. Lordan
          Attorney for Defendants
          FAIRFIELD RESIDENTIAL; FRH
          MANAGEMENT, LLC; and DOUG SOLINSKY