**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOSEPH R. LORDAN, SB# 265610
  E-Mail: Joseph.Lordan@lewisbrisbois.com
ALLISON L. CARDENAS, SB# 272924
  E-Mail: Allison.Cardenas@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendants FAIRFIELD RESIDENTIAL, FRH MANAGEMENT, LLC, and DOUG SOLINSKY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| STEVEN NEMEC,<br><br>Plaintiff,<br><br>vs.<br><br>ENVIRONMENTAL RESOURCE RECOVERY, INC.; MICHAEL G. SALINAS; JEFF HERMLE; SALVADOR ORTEGA; ALFONSO VALENCIA; DOUG SOLINSKY; FAIRFIELD RESIDENTIAL; FRH MANAGEMENT, LLC,<br><br>Defendants. | Case No. 5:21-CV-10095-SVK<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>*(Assigned to Magistrate Judge Susan Van Keulen)* |

Pursuant to Federal Rule of Civil Procedure section 41(a)(l)(A)(ii), this Stipulation for Dismissal with Prejudice is entered into by Plaintiff STEVEN NEMEC ("Plaintiff') and Defendants FAIRFIELD RESIDENTIAL, FRH MANAGEMENT, LLC, and DOUG SOLINSKY (collectively, the "Fairfield Defendants"), through and by their respective attorneys of record:

WHEREAS, on December 31, 2021, Plaintiff filed his Complaint in the Northern District of California, styled as *STEVEN NEMEC, an individual Plaintiff, v. ENVIRONMENTAL RESOURCE RECOVERY, INC.; MICHAEL G. SALINAS; JEFF HERMLE; SALVADOR ORTEGA; ALFONSO VALENCIA; DOUG SOLINSKY; FAIRFIELD RESIDENTIAL; FRH MANAGEMENT, LLC*, Case No. 5:21-CV-10095.

WHEREAS, on February 22, 2022, Plaintiff Nemec filed his First Amended Complaint. Dkt. No. 22.

WHEREAS, on March 8, 2022, the Fairfield Defendants filed its Motion to Dismiss Plaintiff's First Amended Complaint. Dkt. No. 26.

WHEREAS, on March 24, 2022, the Fairfield Defendants filed its Notice of No Opposition Filed By Plaintiff In Response to Motion to Dismiss Plaintiff's First Amended Complaint. Dkt. No. 29.

WHEREAS, the parties now wish to stipulate to FRCP Rule 41(a)(1)(A)(ii) to dismiss FAIRFIELD RESIDENTIAL, FRH MANAGEMENT, LLC, and DOUG SOLINSKY **with prejudice** from the action;

WHEREAS, with this dismissal the only remaining parties to the action are ENVIRONMENTAL RESOURCE RECOVERY, INC.; MICHAEL G. SALINAS; JEFF HERMLE; SALVADOR ORTEGA; and ALFONSO VALENCIA;

IT IS HEREBY STIPULATED by the parties herein, through their counsels of record as follows:

1. FAIRFIELD RESIDENTIAL, FRH MANAGEMENT, LLC, and DOUG SOLINSKY are to be dismissed with prejudice from this action.

2. Each party is to bear its own costs and fees as incurred against one another.

IT IS SO STIPULATED:

//
//
//
//
//



DATED: March 25, 2022          LIBERTY AND ASSOCIATES, PC

                                            */s/ Louis Liberty*
By: Louis Liberty
Attorneys for Plaintiff,
STEVEN NEMEC

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Allison Cardenas*
By: Allison Cardenas
Attorneys for Defendants,
FAIRFIELD RESIDENTIAL, FRH MANAGEMENT, LLC, and DOUG SOLINSKY