UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN J. NEMEC,<br><br>    Plaintiff,<br><br> v.<br><br>ENVIRONMENTAL RESOURCE RECOVERY, INC., et al.,<br><br>    Defendants. | Case No. 21-cv-10095-SVK<br><br>**ORDER TO SHOW CAUSE RE FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 45 |

On July 14, 2022, this Court dismissed Plaintiff's First Amended Complaint and granted Plaintiff 21 days in which to file an amended pleading. Dkt. 45. Plaintiff did not file an amended pleading within the allotted time, and there has been no further activity in the case. Accordingly, the Parties are ordered to appear by Zoom on **August 23, 2022 at 1:30 p.m.** and show cause why this case should not be dismissed for failure to prosecute. Plaintiff must file a dismissal or a response to this Order to Show Cause by **August 16, 2022**. If a dismissal is filed, the Order to Show Cause hearing will be automatically vacated, and Plaintiff need not file a statement in response to this Order.

  **SO ORDERED.**

Dated: August 8, 2022

                        SUSAN VAN KEULEN
                        United States Magistrate Judge