Louis Liberty (SBN 147975)
LIBERTY & ASSOCIATES, PC
1032 Flying Fish Street
Foster City, CA 94404
Tel: (650) 341-0300
Email: lou@libertyenvirolaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEVEN NEMEC,<br><br>          Plaintiff,<br><br>     vs.<br><br>ENVIRONMENTAL RESOURCE RECOVERY, INC.; et al.<br><br>          Defendants. | Case No.: 5:21-CV-10095 SVK<br><br>PLAINTIFF'S REQUEST FOR ENTRY OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE<br><br>[Federal R. Civil Pro. Rule 41(a)(1)] |

TO THE HONORABLE CLERK OF THE COURT:

   Plaintiff Steven Nemec, opting to pursue his claims in the California Superior Court, hereby requests that pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), the Clerk of the Court enter a voluntary dismissal of the above-captioned action without prejudice.

Dated: August 21, 2022                                     LIBERTY & ASSOCIATES, PC

                                                          *Louis Liberty*
                                                          Louis Liberty
                                                          Attorney for Plaintiff

PLAINTIFF'S REQUEST FOR DISMISSAL PER FRCivP 41(a)(1) - 1